IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NANETTE STONE,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF PHILADELPHIA, Judge Nina Wright Padilla, Judge Margaret Murphy; CITY OF PHILADELPHIA PROBATE COURT, Ronald Donatucci, Register of Wills, Staff and Associates; CITY OF PHILADELPHIA CITY COUNCIL, City Council President, Darryl Clark and Council Members; CITY OF PHILADELPHIA DEPARTMENT OF HUMAN SERVICES, Commissioner of DHS; CITY OF PHILADELPHIA MAYOR'S OFFICE, Former Mayor John F. Street; CITY OF PHILADELPHIA OFFICE OF MENTAL HEALTH & INTELLECTUAL DEVELOPMENT DISABILITY SERVICES, Leadership Board, Staff and Associates; CITY OF PHILADELPHIA POLICE DEPARTMENT, Police Commissioner Ross; CITY OF PHILADELPHIA FIRE DEPARTMENT AND EMS SERVICES, Fire Departments and Commissioners; CITY OF PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, District Attorneys and Former District Attorney Seth Williams; CITY OF PHILADELPHIA LAW DEPARTMENT, Law Dept. Leadership Vernette Dow; CITY OF PHILADELPHIA CLERKS OFFICE,<br><br>        Defendants. | CIVIL NO. 18-00089 HG-KSC |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS THE COMPLAINT AND DENY THE
APPLICATION TO PROCEED IN FORMA PAUPERIS AS MODIFIED (ECF No. 8)</u>

Findings and Recommendation having been filed and served on all parties on March 16, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss the Complaint and Deny the Application to Proceed In Forma Pauperis" (ECF No. 8) are adopted as the opinion and order of this Court with the following modifications:

On Page 1, in the Caption, replace:

> CITY OF PHILADELPHIA'S MAYOR'S OFFICE

with:

> CITY OF PHILADELPHIA MAYOR'S OFFICE

On Page 3, Lines 12-17, replace:

> Specifically, "pro se plaintiffs proceeding in forma pauperis must also be given an opportunity to amend their complaint unless it is 'absolutely clear that the deficiencies of the complaint could not be cured by amendment.'" <u>Tripati</u>, 821 F.2d 1370 (quoting <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984)).

with:

> Pro se plaintiffs proceeding in forma pauperis must be given an opportunity to amend their complaint unless it is absolutely clear that no amendment will cure the complaint's deficiencies. <u>Tripati</u>, 821 F.2d 1370 (quoting <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984)).

2

On Page 3, Line 18, remove "even"

On Page 5, Line 21, and Page 6, Lines 1-2, replace:

> should do so **within 30 days** of the date the district judge enters an order regarding this Findings and Recommendation, unless otherwise ordered

with:

> must file it by **Wednesday, May 16, 2018.**

On Page 6, Lines 7-8, replace:

> Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967)

with:

> Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015)

On Page 6, Line 9, replace:

> the Complaint

with:

> the preceding Complaint

On Page 6, Line 17, replace:

> Ala.

with:

> Alaska

On Page 7, Line 2, replace:

> 821

with:

> 824

On Page 7, Lines 13-14, replace:

>   **30 days** after the district judge takes action
>   on this Findings and Recommendation

with:

>   **Wednesday, May 16, 2018**

On Page 7, Lines 21-22, replace:

>   **the date on which her amended pleading is due**

with:

>   **Wednesday, May 16, 2018**

The Court specifies that the Plaintiff has leave to file her amended complaint by no later than **Wednesday, May 16, 2018**, to address the deficiencies outlined in the Findings and Recommendation (ECF No. 8).

Further, if Plaintiff files an Amended Complaint, Plaintiff must also pay the filing fee <u>or</u> file an In Forma Pauperis application no later than **Wednesday, May 16, 2018.**

IT IS SO ORDERED.

DATED HONOLULU, HAWAII, April 13, 2018

Helen Gillmor
United States District Judge

**STONE V. PHILADELPHIA, ET AL., CIVIL NO. 18-00 089 HG-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS THE COMPLAINT AND DENY THE APPLICATION TO PROCEED IN FORMA PAUPERIS AS MODIFIED (ECF No. 8)**

4